**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-7626**

———————

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

     v.

SHON CONNER WILLIAMS, a/k/a Baby Boy,

              Defendant - Appellant.

———————

Appeal from the United States District Court for the District of South Carolina, at Rock Hill. Cameron McGowan Currie, District Judge. (0:99-cr-00659-CMC-7)

———————

Submitted: January 10, 2013     Decided: January 24, 2013

———————

Before NIEMEYER, GREGORY, and FLOYD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Shon Conner Williams, Appellant Pro Se. Marshall Prince, II, Assistant United States Attorney, Nancy Chastain Wicker, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shon Conner Williams, a federal prisoner, appeals the district court's order dismissing his petition for a writ of audita querela under 28 U.S.C. § 1651 (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See <u>United States v. Williams</u>, No. 0:99-cr-00659-CMC-7 (D.S.C. Sept. 6, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>